No. 82–5121.   BALL v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–5122.   HADDIX v. OHIO LIQUOR CONTROL COMMISSION.   Sup. Ct. Ohio.   Certiorari denied.

No. 82–5123.   KRALOWEC v. PRINCE GEORGE'S COUNTY, MARYLAND.   C. A. 4th Cir.   Certiorari denied.

No. 82–5124.   FERGUSON v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 82–5125.   FREZZELL v. ZIMMERMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–5127.   ROBINSON v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 82–5130.   UNITED STATES EX REL. WOODS v. DEROBERTIS ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 82–5132.   DICKEY v. CALIFORNIA.   App. Dept., Super. Ct. Cal., Los Angeles County.   Certiorari denied.

No. 82–5134.   TOMLIN v. MCDANIEL ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–5135.   RUCKER v. REGAN, SECRETARY OF THE TREASURY, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 82–5138.   RODZIEWICZ v. DEGNAN, ATTORNEY GENERAL OF NEW JERSEY, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 82–5140.   NADEMI v. IMMIGRATION AND NATURALIZATION SERVICE.   C. A. 10th Cir.   Certiorari denied.